FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA-20-0263

DAVID FLINT RICHARD,               )
                                   )
Appellant/Respondent,              )
                                   )      ORDER DISMISSING APPEAL
vs.                                )
                                   )
CLAUDIA DEL TORAL,                 )
                                   )
Appellee/Petitioner.

This matter, having come before the Court upon the Unopposed Motion to Dismiss Appeal and the parties' Stipulation to Dismiss Appeal, filed herein on August 15, 2020, and the Court, being fully advised in the premise, now enters the following:

ORDER

The Unopposed Motion to Dismiss Appeal is GRANTED, the parties' Stipulation to Dismiss Appeal is APPROVED, and the above captioned action is DISMISSED with prejudice.

Order Dismissing Appeal - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020